**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Coyote Logistics, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>Moso Trucking, Inc.,<br><br>                    Defendant. | Court No.: 25-cv-73<br>Hon. Lindsay C. Jenkins |

**DEFAULT JUDGMENT ORDER**

Judgement is hereby entered in favor of Plaintiff, Coyote Logistics, LLC in the amount of $292,117.51, plus costs of $505.00. Enter order of Default Judgment as to Defendant, Moso Trucking, Inc., in the amount of $292,622.51

Post judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from Defendant.

Date: 6/11/2025

SO ORDERED.

_____
JUDGE LINDSAY C. JENKINS
UNITED STATES DISTRICT COURT